**COMMISSIONER OF INTERNAL REVENUE, v. ESTATE of Giles W. MEAD, Deceased, et al.**

No. 9606.

Circuit Court of Appeals, Ninth Circuit.

Dec. 23, 1940.

PER CURIAM.

Dismissed under Rule 16 of the Rules of Practice of the Court of Appeals for the Ninth Circuit.

**E. L. DUNGEY, Doing Business, etc., et al., Appellants, v. George S. FUNK.**

No. 11890.

Circuit Court of Appeals, Eighth Circuit.

Nov. 19, 1940.

Leahy, Walther & Hecker, of St. Louis, Mo., and Henson & Henson, of Poplar Bluff, Mo., for appellants.

Caruthers Ewing, Jr., of Memphis, Tenn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties, on motion of appellant Fidelity and Deposit Company of Maryland.

**John W. HUDSON, Receiver, v. Roy N. THOMAS, Trustee.**

No. 2236.

Circuit Court of Appeals, Tenth Circuit.

Dec. 13, 1940.

Winger, Reeder & Barker, of Kansas City, Mo., for appellant.

H. S. Roberts, of Kansas City, Kan., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed at costs of appellant for failure diligently to prosecute the same.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, STABLEMEN AND HELPERS, LOCAL UNION NO. 886 OF OKLAHOMA CITY, Oklahoma, et al. v. KEYSTONE FREIGHT LINES, Inc.**

No. 2247.

Circuit Court of Appeals, Tenth Circuit.

Dec. 16, 1940.

C. W. Schwoerke, of Oklahoma City, Okl., for appellants.

Dudley, Hyde, Duvall & Dudley, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

**Davis A. JACKSON et al. v. Mrs. Lucretia BIVENS, as Legal Guardian.**

No. 2123.

Circuit Court of Appeals, Tenth Circuit.

Dec. 26, 1940.

Forrest M. Darrough, of Tulsa, Okl., for cross-appellants.

F. E. Riddle, of Tulsa, Okl., for cross-appellee.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Cross-appeal dismissed on the motion of cross-appellants.